# ORIGINAL

**LAW OFFICE OF DOUGLAS H. KNOWLTON**

DOUGLAS H. KNOWLTON          3438
Suite 333, Fort Street Tower
Topa Financial Center
745 Fort Street
Honolulu, Hawaii 96813
Telephone: 533-6767

Attorney for Defendant
NCB MANAGEMENT SERVICES, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 24 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

LODGED

MAY 1 8 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DORIS LEE,<br><br>  Plaintiff,<br><br>vs.<br><br>NCB MANAGEMENT SERVICES, INC.,<br><br>  Defendant. | CIVIL NO. 07 00077 HG/BMK<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES |

**STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ALL CLAIMS AND PARTIES**

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant above-named, through their respective counsel undersigned, that the Complaint filed herein and the affirmative defenses raised by Defendant be and they hereby are dismissed, with prejudice. There are no remaining parties and/or issues.

This Stipulation for Dismissal is based on Rule 41(a)(1)(ii) of the *Federal Rules of Civil Procedure* and has been signed by counsel for all parties

who have made an appearance in this action. Trial has not been set. Each party agrees to bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaii         MAY 1 7 2007         .

JOHN HARRIS PAER
Attorney for Plaintiff DORIS LEE

DOUGLAS H. KNOWLTON
Attorney for Defendant
NCB MANAGEMENT SERVICES, INC.

APPROVED AND SO ORDERED

MAY 2 3 2007

JUDGE OF THE ABOVE-ENTITLED COURT

Lee v. NCB Management Services, Inc., Civil No. 07 00077 HG-BMK

Stipulation for Dismissal With Prejudice of All Claims and Parties